IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


LAVARUS M. KENDRIX                                                    PLAINTIFF


V.                              CASE NO. 14-CV-1003


UNION COUNTY JAIL                                                  DEFENDANTS


## ORDER

Before the Court is the Report and Recommendation filed April 23, 2015, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 7.

Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice on the grounds

that Plaintiff has failed to comply with the Federal Rules of Civil Procedure and Local Rules and

failed to prosecute this matter.  No party has filed objections to the Report and Recommendation,

and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1)(C).  Upon review, the Court adopts the

Report and Recommendation *in toto.*   Accordingly, Plaintiff's Complaint is DISMISSED

WITHOUT PREJUDICE.

**IT IS SO ORDERED**, this 20th day of May, 2015.


                                                    /s/ Susan O. Hickey
                                                    Susan O. Hickey
                                                    United States District Judge